**Fill in this information to identify your case:**

Debtor 1: **Sombra Danielle Cothron**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE - SOUTHERN DIVISION

Case number (if known): **1:18-bk-15778-NWW**

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Creditor's name: **Ally Financial** | ■ Surrender the property. | ■ No |
| --- | --- | --- |
| Description of property securing debt: **2017 Chevrolet Trax 9,500 miles Located at 4616 Sunflower Lane, Apartment 1215, Chattanooga TN 37416** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: **Ally Financial** | ■ Surrender the property. | ■ No |
| --- | --- | --- |
| Description of property securing debt: **2014 Chevrolet Cruze A member of Debtor's spouse's family has the vehicle at an unknown location.** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: **Conn Appliances** | ■ Surrender the property. | ■ No |
| --- | --- | --- |
| Description of property: **Furniture and appliances** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement. | ☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

| Debtor 1 | Sombra Danielle Cothron | Case number (if known) | 1:18-bk-15778-NWW |
|---|---|---|---|

| property securing debt: | including two refrigerators, microwave, range, deep freezer, laptop computer located at 4616 Sunflower Lane, Apartment 1215, Chattanooga TN 37416 | ☐ Retain the property and [explain]: |
|---|---|---|

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                                **Will the lease be assumed?**

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Sombra Danielle Cothron
**Sombra Danielle Cothron**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date    July 12, 2019              Date _____